UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Kevin M. Murphy, et al., | **Civil No. 11cv02750 ADM/JJK** |
| Plaintiff, | |
| v. | **PRETRIAL SCHEDULING ORDER** |
| Aurora Loan Services, LLC, et al., | |
| Defendant. | |

_____

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy and inexpensive determination of this action, the following schedule shall govern these proceedings. This schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

**DISCOVERY DEADLINES AND LIMITS**

Discovery will not commence until Defendants' motion to dismiss the remaining quiet title claims is decided. Defendants must serve and file the dispositive motion by February 15, 2013, in accordance with Judge Montgomery's dispositive motion procedures. If the case is not terminated, this Court will hold a status and scheduling conference after the motion to dismiss is decided.

2

Dated:  January 15, 2013

                                       *s/ Jeffrey J. Keyes*
                                       JEFFREY J. KEYES
                                       United States Magistrate Judge